USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------x

JACQUELINE FERNANDEZ, on behalf of herself and all others similarly situated,

                                    Plaintiff,

        -v.-

ORVEON GLOBAL US, LLC

                               Defendants.

------------------------------------------------------------------------------x

Civil Action No:
1:24-cv-1184

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: June 5, 2024

Respectfully Submitted,

*/s/Mark Rozenberg*
Mark Rozenberg, Esq.
**Stein Saks, PLLC**
One University Plaza, Suite 620
Hackensack, NJ 07601
mrozenberg@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 5th day of June, 2024                    Respectfully Submitted,

                                              */s/ Mark Rozenberg*
                                              Mark Rozenberg

Application GRANTED.  The Clerk of Court is respectfully directed to close the case and amend the case caption to delete the language "on behalf of herself and all others similarly situated," as the dismissal is only operative between the named parties.

SO ORDERED.

6/5/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE